1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9
10

UNITED STATES OF AMERICA,               )
                                        )
11              Plaintiff,               )        Case No. 2:15-cr-00159-JCM-NJK
                                        )
12    vs.                               )        ORDER
                                        )
13    JAIME SANDOVAL,                   )
                                        )
14              Defendant.              )
                                        )
15   _____   )

16          On May 23, 2016, the Court granted the parties' second stipulation to extend the deadline for

17   Defendant to reply to the United States' response to his motion to suppress.  Docket No. 70.  The Court

18   extended the reply deadline to May 27, 2016.  *Id*. at 3.  In the stipulation, the parties represented that

19   they were contemplating a negotiation in the case, which would obviate the need to file a reply.  Docket

20   No. 69 at 1.  Neither a reply nor notification that the parties have reached a successful negotiation has

21   been filed.  *See* Docket.  Accordingly, no later than June 6, 2016, the parties either shall file a status

22   report regarding the current posture of the case, or Defendant shall file his reply.

23          IT IS SO ORDERED.

24          DATED: June 2, 2016.

25

26          _____
            NANCY J. KOPPE
27          United States Magistrate Judge

28