1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:15-cr-00159-JCM-NJK |
| vs. | ) | ORDER |
| JAIME SANDOVAL, | ) | |
| Defendant. | ) | |

On May 23, 2016, the Court granted the parties' second stipulation to extend the deadline for Defendant to reply to the United States' response to his motion to suppress. Docket No. 70. The Court extended the reply deadline to May 27, 2016. *Id*. at 3. In the stipulation, the parties represented that they were contemplating a negotiation in the case, which would obviate the need to file a reply. Docket No. 69 at 1. As of June 2, 2016, neither a reply nor notification that the parties have reached a successful negotiation has been filed; therefore, the Court ordered that either the parties to must file a status report regarding the current posture of the case, or Defendant should file his reply, no later than June 6, 2016. Docket No. 72.

On June 3, 2016, counsel for Defendant filed a status report, notifying the Court that she had received an offer on the case from the United States, but would not be able to meet with Defendant to discuss the offer until June 7, 2016. Docket No. 73. Counsel therefore asked to be allowed to file Defendant's reply on June 10, 2016, in the event Defendant rejected the United States' offer. *Id*. To date, however, neither Defendant's reply nor notification that the parties have reached a successful

negotiation has been filed. *See* Docket. Accordingly, no later than June 15, 2016, the parties shall either file a status report regarding whether the parties have reached a resolution of this case, or Defendant shall file his reply.

IT IS SO ORDERED.

DATED: June 14, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge