RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_weksler@fd.org

Attorney for Jaime Sandoval

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME SANDOVAL,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00159-JCM-NJK<br><br>**STATUS REPORT REGARDING<br>CURRENT POSTURE OF CASE** |

　　　　On June 14, 2016, this Court ordered the parties to file a status report regarding this case. Counsel for the defense and the Government are still perfecting the proposed agreement which would obviate the need to file a Reply. Counsel for the defense is currently out of the jurisdiction and will return by the end of this week. Counsel for the defense respectfully requests that her time to file a Reply be extended until June 24, 2016. The Government does not oppose this request.

　　　　DATED this 15th day of June, 2016.

RENE L. VALLADARES
Federal Public Defender

By:　*/s/Brenda Weksler*
BRENDA WEKSLER
Assistant Federal Public Defender
Attorney for Jaime Sandoval

IT IS SO ORDERED.
Dated: June 16, 2016

_____
United States Magistrate Judge