UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAIME SANDOVAL, ) <br> ) <br> Defendant. ) <br> ————————————————) | Case No. 2:15-cr-00159-JCM-NJK <br><br> ORDER |

On May 23, 2016, the Court granted the parties' second stipulation to extend the deadline for Defendant to reply to the United States' response to his motion to suppress. Docket No. 70. The Court extended the reply deadline to May 27, 2016. *Id*. at 3. In the stipulation, the parties represented that they were contemplating a negotiation in the case, which would obviate the need to file a reply. Docket No. 69 at 1. As of June 2, 2016, neither a reply nor notification that the parties have reached a successful negotiation has been filed; therefore, the Court ordered that either the parties to must file a status report regarding the current posture of the case, or Defendant should file his reply, no later than June 6, 2016. Docket No. 72.

On June 3, 2016, counsel for Defendant filed a status report, notifying the Court that she had received an offer on the case from the United States, but would not be able to meet with Defendant to discuss the offer until June 7, 2016. Docket No. 73. Counsel therefore asked to be allowed to file Defendant's reply on June 10, 2016, in the event Defendant rejected the United States' offer. *Id*.

1    Despite counsel's request, as of June 14, 2016, neither a reply nor notification that the parties
2 had reached a successful negotiation had been filed; therefore, the Court ordered for a second time that
3 the parties must either file a status report or Defendant must file his reply, no later than June 15, 2016.
4 Docket No. 74.  On June 15, 2016, counsel for Defendant filed a status report, notifying the Court that
5 she and the United States were still "perfecting" the proposed agreement, and that counsel was currently
6 out of the District.  Docket No. 74 at 1.  Counsel therefore asked to be allowed to file Defendant's reply
7 on June 24, 2016, in the event Defendant rejected the United States' offer.  *Id*.

8    To date, however, neither Defendant's reply nor notification that the parties have reached a
9 successful negotiation has been filed.  *See* Docket.  Accordingly, on July 5, 2016, the Court ordered that,
10 no later than July 6, 2016, the parties must either file a status report regarding whether they had reached
11 a resolution of this case, or Defendant shall file his reply.  Docket No. 78.  The parties have failed to
12 comply.  *See* Docket.  Accordingly, the Court sets a hearing on this matter for July 20, 2016, at 11:00
13 a.m., in Courtroom. 3A.

14    IT IS SO ORDERED.
15    DATED: July 8, 2016.

17    _____
     NANCY J. KOPPE
     United States Magistrate Judge