1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**
10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-cr-00159-JCM-NJK |
| Plaintiff(s), ) | ORDER |
| v. ) | (Docket No. 60) |
| JAIME SANDOVAL, ) | |
| Defendant(s). ) | |

16          Defendant has filed a notice of intent to plead guilty.  Docket No. 80.  As a result, the pending

17    motion to suppress at Docket No. 60 is **DENIED** without prejudice, and the hearing set for July 20,

18    2016 is **VACATED**.

19          IT IS SO ORDERED.

20          DATED:   July 13, 2016

21

22          _____
            NANCY J. KOPPE
23          United States Magistrate Judge

24
25
26
27
28