UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-159 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| JAIME SANDOVAL, | |
| Defendant(s). | |

Presently before the court is petitioner Jamie Sandoval's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 based on the application of *Johnson v. United States*, 135 S. Ct. 2551 (2015), to his sentence. (ECF No. 92).

Briefing will proceed as follows: respondent has 30 days from the date of this order to file a response. Thereafter, petitioner has 30 days to file a reply.

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 92) no later than 30 days from the date of this order. If petitioner wishes to file a reply, he must do so within 30 days after the date that the respondent files the response.

DATED November 14, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**