# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jaime Sandoval

                Petitioner,

v.

USA

                Respondent.

JUDGMENT IN A CIVIL CASE

Civil Case No: 2:17-cv-02648-JCM

Criminal Case No: 2:15-cr-00159-JCM-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Petitioner's Motion under 28 U.S.C. §2255 to vacate, set aside, or correct his sentence is DENIED.

| 2/6/2019 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |