RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jaime Sandoval

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAIME SANDOVAL,

Defendant.

Case No. 2:15-cr-00159-RFB-NJK-1

**STIPULATION TO CONTINUE REVOCATION HEARING**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Brenna Bush, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jaime Sandoval, that the Revocation Hearing currently scheduled on August 3, 2026 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court but no sooner than August 17, 2026.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction from August 3 to 5, 2026. Additionally, Probation Officer McCarroll is out of the jurisdiction from August 3 to 12, 2026.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 27th day of July 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Acting Attorney General of the United States |
| *⁄s⁄ Raquel Lazo*<br>By______________________________ | *⁄s⁄ Brenna Bush*<br>By______________________________ |
| RAQUEL LAZO<br>Assistant Federal Public Defender | BRENNA BUSH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAIME SANDOVAL,

Defendant.

Case No. 2:15-cr-00159-RFB-NJK-1

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Monday, August 3, 2026 at 10:00 a.m., be vacated and continued August 27, 2026 at 12:45 p.m.

DATED this 28th day of July 2026.

UNITED STATES DISTRICT JUDGE